THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:<br>KEVIN WAYNE DAVIS<br>WENDY RENEE JONES DAVIS<br>10059 OLD NASHVILLE HIGHWAY<br>SMYRNA, TN 37167<br>SSN: xxx-xx-4782<br>SSN: xxx-xx-2899<br>DEBTORS<br><br>KEVIN WAYNE DAVIS<br>WENDY RENEE JONES DAVIS<br>    PLAINTIFFS<br><br>v.<br><br>ST. VINCENT'S MEDICAL CENTER<br>    DEFENDANT | Case No 3:19-bk-01961<br><br>Chapter 7<br><br><br><br>Judge Marian F. Harrison |

## AFFIDAVIT OF DANIEL T. CASTAGNA IN SUPPORT OF APPLICATION FOR ATTORNEY FEES

I, Daniel T. Castagna, having duly been sworn, would state under oath that either I, or one of my associate attorneys, have performed the services provided on the attached itemized list at the hourly rate of $300.00 per hour.

I, Danial T. Castagna, state that I am applying for $734.23 as attorney fees and expenses for work performed to date by Daniel T. Castagna and any associated attorneys at my office in the above styled Chapter 13 case.

FURTHER, AFFIANT SAITH NOT.

_____
Daniel T. Castagna
Attorney for Debtor

STATE OF TENNESSEE }
                                }
COUNTY OF DAVIDSON }

Sworn and subscribed to before me on this 26 day of July, 2019.

_____
NOTARY PUBLIC
My Commission Expires: 1/3/23



| DATE | Service Performed | By whom | Time | Amount |
|---|---|---|---|---|
| 6/17/2019 | spoke with client about filing motion for sanctions | attorney | 0.1 | |
| 6/20/2019 | drafted and reviewed motion for sanctions | attorney | 0.7 | |
| 6/20/2019 | filed motion for sanctions | attorney | 0.1 | |
| 6/20/2019 | certified mail for motion | paralegal | | $7.23 |
| 6/21/2019 | filed declaration of service | paralegal | 0.2 | |
| 6/21/2019 | certified mail for declaration of service | paralegal | | $7.01 |
| 7/23/2019 | spoke with client about court | paralegal | 0.1 | |
| 7/24/2019 | went to court for motion for sanctions | attorney | 0.5 | |
| 7/24/2019 | drafted and reviewed order granting sanctions | attorney | 0.2 | |
| 7/24/2019 | drafted affidavit | attorney | 0.2 | |
| 7/24/2019 | Drafted computation of time motion/application of fees | attorney | 0.5 | |
| | | | | |
| | | | | |
| | | total: | Paralegal | 0.3 | Total: $14.23 |
| | | total: | Attorney | 2.3 | |

ATTORNEY FEE CALCULATED AT $300.00 PER HOUR
TOTAL HOURS: 2.3
TOTAL ATTORNEY FEE: $690.00

PARALEGAL FEE CALCULATED AT $100.00 PER HOUR
TOTAL HOURS: .3
TOTAL PARALEGAL FEE: $30.00

TOTAL FEES EARNED: $720.00
TOTAL FEES REQUESTED: $720.00

TOTAL EXPENSES EARNED: $14.23
TOTAL EXPENSES REQUESTED: $14.23

**TOTAL AMOUNT EARNED: $734.23**