THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: } | Case No 3:19-bk-01961 |
| KEVIN WAYNE DAVIS } | |
| WENDY RENEE JONES DAVIS } | Chapter 7 |
| 10059 OLD NASHVILLE HIGHWAY } | |
| SMYRNA, TN 37167 } | |
| SSN: xxx-xx-4782 } | |
| SSN: xxx-xx-2899 } | Judge Marian F. Harrison |
| DEBTORS } | |
| } | |
| KEVIN WAYNE DAVIS } | |
| WENDY RENEE JONES DAVIS } | |
|   PLAINTIFFS } | |
| } | |
| v. } | |
| } | |
| ST. VINCENT'S MEDICAL CENTER } | |
|   DEFENDANT } | |

## ORDER GRANTING SANCTIONS AND ATTORNEY FEES

This matter came before the Court on July 23, 2019, the Honorable Judge Marian Harrison presiding upon the Debtors' Motion for Sanctions for violation of the Automatic Stay directed toward St. Vincent's Medical Center. At the call of the docket, Debtor-Wife and Debtors' counsel was present but Defendant failed to appear or answer in defense of the Motion for Sanctions. For good cause shown, it is HEREBY ORDERED as follows:

1. The Defendant is in violation of the automatic stay.

2. The Defendant is liable to the Debtor for damages in the amount of $50.00.

3. The Defendant shall pay Debtors' attorney fees and expenses in the amount of $734.23 for prosecution of this matter as evidenced by the filed affidavit of attorney fees and expenses filed in this case.

4. The Defendant is hereby sanctioned in an amount of $200.00 which shall be paid to the Debtors.

5. The Defendant shall cease and any all communication regarding collection of their debt by any means, including mail and telephone calls.

6. Should the Defendant continue to attempt to collect upon this debt, this Court shall assess further sanctions upon an application to this Court by Debtors' counsel.

IT IS SO ORDERED.

*This order was electronically signed and entered as indicated at the top of the first page.*

APPROVED FOR ENTRY:

/s/ Daniel T. Castagna
Daniel T. Castagna, BPR #022721
Flexer Law, PLLC Attorney for Debtor
1900 Church Street, Suite 400
Nashville, TN 37203
(615) 255-2893
fax: (615) 242 8849
cm-ecf@jamesflexerconsumerlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2019, I furnished a true and correct copy of the foregoing to the following parties in interest:

| | |
|---|---|
| **JEANNE ANN BURTON**<br>Jeanne Ann Burton PLLC<br>4117 Hillsboro Pike<br>Suite 103-116<br>NASHVILLE, TN 37215 | Electronic |
| U.S. Trustee<br>318 Customs House, 701 Broadway<br>Nashville, TN 37203 | Electronic |
| Kevin Wayne Davis<br>Wendy Renee Jones Davis<br>10059 Old Nashville Highway<br>Smyrna, TN 37167 | U.S. Mail First Class |
| Vicki Romero Briggs Fache<br>CEO Of St. Vincent's Medical Center<br>2800 Main Street<br>Bridgeport, Connecticut 06606-4201 | U.S. Mail First Class |

I have sent 4 notices. I have sent 2 notices via U.S. mail first class.

*/s/ Daniel T. Castagna*
Daniel T. Castagna